COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:      01-12-00873-CV

Style:        Texas Municipal Power Agency

          **v** Kirk A. Johnston

Date motion filed[*]:   December 27, 2012

Type of motion:    Motion for extension of time to file reply brief filed

Party filing motion:   Appellant

Document to be filed:  Reply Brief

Is appeal accelerated?  Yes

If motion to extend time:

   Original due date:      December 27, 2012

   Number of previous extensions granted:  -0-    Current Due date: December 27, 2012

   Date Requested:     January 7, 2013

Ordered that motion is:

   ☑   Granted

      If document is to be filed, document due: January 7, 2013

      ☐  Absent extraordinary circumstances, the Court will not grant additional motions to extend time

   ☐   Denied

   ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

   ☐   Other: _____

Judge's signature:  /s/ Evelyn V. Keyes
        ☑ Acting individually  ☐ Acting for the Court

Panel consists of  _____

Date: January 28, 2013

November 7, 2008 Revision